UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00218-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOSEPH MICHAEL OSBORNE, | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss Count Two. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Count Two (#14) is GRANTED, and Count Two is dismissed without prejudice.

Signed: December 7, 2015

Max O. Cogburn Jr.
United States District Judge