**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:15-cr-218-MOC**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| **JOSEPH MICHAEL OSBORNE,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on defendant's pro se Motion to Reduce Sentence, (Doc. No. 32), and on defendant's Motion to Appoint Counsel, (Doc. No. 33).[1]

**ORDER**

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to defendant's motions.

Signed: December 11, 2020

Max O. Cogburn Jr.
United States District Judge

---

[1] The Court notes that the Motion to Reduce Sentence was signed by Teresa L. Osborne and mailed from an address in Mount Holly, North Carolina.